UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Maria Godina*, 1:17-cv-01966

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  September 27, 2024

/s/ *Harold T. McCall, Jr.*
Harold T. McCall, Jr.
Wright McCall, LLC
5707 W. Interstate 10
San Antonio, TX 78201
Telephone: (205) 558-9000
E-Mail: hmccall@wrightmccall.com

***Attorney for Plaintiff***

 /s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Email: andrea.pierson@faegredrinker.com

***Attorney for Defendants***

DMS_US.365034972.1